# United States District Court
## District of Maryland

UNITED STATES OF AMERICA

v.

Donnell Duane Berry

**WARRANT FOR ARREST**

Case No.: AW-00-0080

05-0583M-01

FILED NOV 0 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **DONNELL DUANE BERRY** and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☒ Supervised Release Violation Petition

charging him/her with (brief description of offense): **FAILURE TO APPEAR FOR HEARING ON VIOLATION OF SUPERVISED RELEASE**

Felicia C. Cannon
Name of Issuing Officer

Patricia K. Fosbrook
(By) Deputy Clerk

Bail fixed at $ NO BOND - MUST APPEAR

Clerk of Court
Title of Issuing Officer

August 30, 2005 Greenbelt, Maryland
Date and Location

by _Alexander Williams, Jr._
ALEXANDER WILLIAMS, JR.
United States District Judge

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 8·31·05 | SEAN McLEOD SDUSM | S-S. M°L |
| Date of Arrest 11·4·05 | | |

U.S. DISTRICT COURT (Rev. 12/98)

511153

