BERRY, Donnell Duane
Violation Report
Page 1

PROB 12
(Rev. 3/88)

_____ FILED    _____ ENTERED
_____ LODGED   _____ RECEIVED

JUN 2 8 2005

# United States District Court
## for the
## DISTRICT OF MARYLAND

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

AW

**U.S.A. vs. Donnell Duane Berry**

Docket No.: 0:00CR00080

### Petition on Supervised Release

COMES NOW **Leticia Trevino** PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Donnell Duane Berry** who was placed on supervision for **Bank Robbery(three counts)** by the Honorable **Alexander Williams, Jr.**, U.S. District Judge, sitting in the court at **Greenbelt, Maryland**, on the **14th** day of July, 2000 who fixed the period of supervision at **3 year(s) ***, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

\* Committed to custody of Bureau of Prisons for 63 months, followed by supervised release for a term of 3 year(s).

1. The defendant is instructed to pay a Special Assessment in the amount of $600.00.
2. The defendant is instructed to pay restitution in the amount of $11,939.00.
3. The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.

At a violation hearing on April 22, 2005:
4. The defendant shall be required to participate in the Sanction Center Program for a period not to exceed 180 days. While in the program, the defendant may be required to participate in substance abuse and/or mental health counseling and will be afforded an opportunity to participate in electronic monitoring (provided the defendant has complied with the program rules). The defendant will be responsible for the cost of the monitoring.
5. The defendant shall be placed on home confinement with electronic monitoring for 90 days
6. Restitution payments shall be in the amount of $100 per month

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**WHEREAS:**   Mr. Berry failed to participate in The Sanctions Center Program in that on June 14, 2005 he was unsuccessfully discharged from the halfway house for being late, in violation of the Additional Condition which states The defendant shall be required to participate in the Sanction Center Program for a period not to exceed 180 days.

PRAYING THAT THE COURT WILL ORDER that a hearing be held requiring Donnell Duane Berry to appear before this court to show cause why his supervision should not be revoked.

ORDER OF COURT
Considered and ordered as prayed this 27th day of
June, 2005 and ordered filed and made a part of the records in the above case.

_____
Alexander Williams, Jr.
U.S. District Judge

Respectfully,

_____
Leticia Trevino, Senior U.S. Probation Officer

Place Greenbelt, Maryland

Date June 22, 2005

Originals to
SPC 6/29/05
AW